

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GLEN S. MASSMAN, SMSgt. USAF, WENDY L. McBREAIRTY. Ssgt., JOHN and JANE DOES 1-1000, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KBR, INC., KELLOGG, BROWN & ROOT SERVICES, INC., KELLOGG, BROWN & ROOT LLC, and HALIBURTON COMPANY,<br><br>Defendants. | Case No. 09-CV-117J |

### ORDER GRANTING MOTION TO STAY CASE DEADLINES

Upon consideration of the parties' Expedited Joint Motion to Stay Case Deadlines Pending Resolution of Motion for Multidistrict Litigation (the "Motion"), the Court hereby GRANTS the Motion and ORDERS the following:

1. All proceedings and deadlines in this action shall be stayed until September 30, 2009;

2. The parties shall advise the Court promptly of the Judicial Panel on

Multidistrict Litigation's ("JPML") final ruling on the pending motion for consolidation (the "MDL Motion"); and

3. If the JPML has not ruled on the MDL Motion by September 30, 2009, the parties shall file a joint report to advise the Court regarding the status of the MDL Motion.

Dated this 30th day of June, 2009.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE