# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| SMSGT GLEN S. MASSMANN et al. | NOTICE |
| V. | |
| KBR INC et al. | CASE NUMBER: 09-CV-0117-J |

| TYPE OF CASE: | **CIVIL** |
|---|---|

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | BEFORE |
|---|---|
| FEDERAL OFFICE BUILDING 2120 CAPITOL AVENUE CHEYENNE, WY | MAGISTRATE JUDGE WILLIAM C. BEAMAN (307) 433-2180 |
| | DATE AND TIME - ***VACATED!!!!*** JULY 22, 2009, AT 9:30 A.M. |

| TYPE OF PROCEEDING | **INITIAL PRETRIAL CONFERENCE** |
|---|---|

<u>PARTICIPATION BY PHONE!!!</u>  **Out-of-town counsel may participate by telephone conference call.  Parties must coordinate with each other so that they call in on one telephone line.  Parties also shall initiate the phone call to the Court by calling (307) 433-2180. It is NOT necessary to advise the Court that you will be participating by phone!**

	Further, counsel shall make available their calendars to assist in the scheduling of the final pretrial conference, the trial, and any other dispositive matter that may require an oral setting before the Honorable Alan B. Johnson.  These matters shall be scheduled during this initial pretrial conference.

								STEPHAN HARRIS
								Clerk of Court

<u>July 20, 2009</u>						<u>Debra A. Birge</u>
DATE								DEPUTY CLERK

TO:

Timothy C. Kingston
Robert Carl Jarosh
Thomas A. Nicholas, III